1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DOUGLAS MACKENZIE, | ) Case No. SACV 12-502 VBF (JC) |
|---|---|
| Petitioner, | ) (PROPOSED) JUDGMENT |
| v. | ) |
| SANDRA HUTCHENS, et al., | ) |
| Respondents. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

DATED: July 8, 2013

*Valerie Baker Fairbank*
_____
HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE